JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE MILLS, | Case No. CV 18-5354-RGK (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| U.S. DISTRICT COURT FOR THE CENTRAL DISTRICT, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition as Duplicative, IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: July 11, 2018

_____
HONORABLE R. GARY KLAUSNER
United States District Judge